# IN THE UNITED STATES BANKRUPTCY COURT
## Northern District of Mississippi

**IN THE MATTER OF:**  
**DENNIS WAYNE MCDONALD**  
**KIMBERLY DAWN MCDONALD**

**CASE NO.: 19-12225-SDM**

***** AMENDED *****
### ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that there is now pending a certain Chapter 13 Proceeding in which the above-named **DEBTOR** subjected his earnings to the jurisdiction of the Court; the **DEBTOR's** principal income is from wages, salary, or commissions; and that the **DEBTOR** is **paying personally** and is subject to such orders as may be requisite to effectuate the provisions of the plan proposed by the **DEBTOR.**

**IT IS FURTHER APPEARING THAT** it is requisite to effectuate the provisions of the **DEBTOR's** plan; that the **DEBTOR** is directed to pay a portion of the **DEBTOR's** earnings to the Court for distribution to creditors.

**IT IS ORDERED THAT** until further notice of this Court, the above-named **DEBTOR** is required to pay from the **DEBTOR's** earnings and pay over to:

| | |
|---|---|
| TERRE M. VARDAMAN | TERRE M. VARDAMAN |
| CHAPTER 13 TRUSTEE | CHAPTER 13 TRUSTEE |
| P.O. BOX 1985 | P.O. BOX 1326 |
| MEMPHIS TN 38101-1985 | BRANDON MS 39043 |
| **PAYMENTS ONLY** | **ALL OTHER CORRESPONDENCE** |

the sum of $137.00  WEEKLY **.**

**DATED AT** Aberdeen, MS on **01/02/2020**

/s/ Selene D Maddox

**Selene D. Maddox**  
**BANKRUPTCY JUDGE**

KAREN B. SCHNELLER  
126 NORTH SPRING ST  
PO BOX 417  
HOLLY SPRINGS, MS 38635