CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Dennis Wayne McDonald and                )    Case No.: 19–12225–SDM
        Kimberly Dawn McDonald                    )    Chapter: 13
        Debtor(s)                                                 )    Judge: Selene D. Maddox
                                                                     )
                                                                     )

PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North, Aberdeen, MS 39730

on 9/2/20 at 10:30 AM

to consider and act upon the following:

*45* – Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 7/22/2020. (Vardaman, Terre)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 7/8/20

                                        Shallanda J. Clay
                                        Clerk, U.S. Bankruptcy Court

                                        BY: VSD
                                              Deputy Clerk