0039-TV-EPIDTV-00554274-499305

# United States Bankruptcy Court
## FOR THE
### Northern District of Mississippi

IN RE: DENNIS WAYNE & KIMBERLY DAWN MCDONALD
P O BOX 147
PLANTERSVILLE, MS 38862

DATE 05/28/2021

CASE No. 19-12225-SDM

**MOTION TO ALLOW LATE FILED / AMENDED OR SUPPLEMENTAL CLAIMS**

SS #1: XXX-XX-3054        SS #2: XXX-XX-1314

COMES NOW the trustee and shows the Court that the following was filed against the estate of the debtor, and that such claim was not included on previous notice allowing claims herein:

| NAME AND ADDRESS OF CREDITOR | CLAIM # | CLASSIFICATION | AMOUNT |
|---|---|---|---|
| MS STATE TAX COMMISSION / P O BOX 22808 BANKRUPTCY SECTION / JACKSON, MS 39225-2808 | 035 | Priority | 250.60 |

Your trustee has examined the claim and recommends to the Court that it be deemed allowed for the amount claimed, payable in the manner classified, subject to the provisions of the plan and other Court orders.

WHEREFORE, the Trustee prays that the foregoing claim be allowed as set forth above.

/s/ Terre M. Vardaman
**Terre M. Vardaman**

DATED:  5/28/2021

KAREN B. SCHNELLER
126 NORTH SPRING ST
PO BOX 417
HOLLY SPRINGS, MS 38635